1  LAW OFFICES OF BILL LATOUR
2  MARK VER PLANCK [CSBN: 310413]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 954-2380
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
8                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11 AMAYA, EMILY ADELE,           )   No: 2:23-cv-10163-KES
12     Plaintiff,                )
                                 )   [PROPOSED] ORDER AWARDING
13     v.                        )   EAJA FEES
                                 )
14                               )
   MARTIN O'MALLEY[1]            )
15  Commissioner of Social Security, )
16                               )
       Defendant.                )
17                               )
                                 )
18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20     IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE
21 THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($5,300.00) and zero
22 costs ($0.00), subject to the terms of the stipulation.
23
24     DATE: May 17, 2024        _____
25                               HON. KAREN E. SCOTT
26                               UNITED STATES MAGISTRATE JUDGE
27
28
_____
[1] Commissioner Martin O'Malley is substituted for his predecessor as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-